IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CV-00300-M-RJ

| | | |
|---|---|---|
| ZYRINNA JONES,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT ALPHONSO HICKMAN-BEY, et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter comes before the court for frivolity review of Defendant's notice of removal [DE 1]. Pursuant to 28 U.S.C. § 1915(e)(2)(B), United States Magistrate Judge Robert B. Jones, Jr. entered an order and memorandum and recommendation ("M&R"), recommending that the matter be remanded to state court. DE 6. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

[1] Judge Jones issued the M&R on July 20, 2026. Objections were due to be filed on or before September 4, 2026. *See* DE 12. The motion and M&R were submitted to this court for disposition on September 15, 2026.

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, this matter is REMANDED to state court for this court's lack of subject matter jurisdiction.

SO ORDERED this 16th day of September, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE